**VEDDER PRICE P.C**
Mitchell D. Cohen (MC-5767)
Michael Goettig (MG-3771)
1633 Broadway, 47th Floor
New York, New York 10019
Telephone:   (212) 407-7700
Facsimile:    (212) 407-7799
*Counsel to Lakeland Bank Equipment Leasing Division*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------ x
In re:                         :
                               :
BUFFETS OF AUTOBAUM, INC., et al.,  :   Case No. 08-34565 (MBK)
                               :   (Jointly Administered)
        Debtors.               :
                               :   Chapter 11
                               :
------------------------------ x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Vedder Price P.C. ("Vedder Price") hereby enters its appearance as counsel for Lakeland Bank Equipment Leasing Division ("Lakeland") in the above-referenced chapter 11 case pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that Lakeland hereby appears in the above-captioned cases by its counsel, Vedder Price, and such counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following address, telecopy, e-mail and telephone numbers:

**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York 10019

NYC/373129.1
NEWYORK/#215913.1

>Attention:  Mitchell D. Cohen
>Telephone:  (212) 407-7700
>Facsimile:  (212) 407-7799
>E Mail      mcohen@vedderprice.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i)Lakeland's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Lakeland's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Lakeland's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Lakeland is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  New York, New York        **VEDDER PRICE P.C.**
        June 8, 2009              *Counsel to Lakeland Bank Equipment Leasing Division*

By: /s/ Mitchell D. Cohen

Mitchell D. Cohen (MC-5767)
Michael Goettig (MG-3771)
1633 Broadway, 47th Floor
New York, New York 10019
Telephone:    (212) 407-7700
Facsimile:    (212) 407-7799